Argued January 16, reversed February 12, 1978

In the Matter of Michael Corrigan, Alleged to be a
Mentally Ill Person.
STATE OF OREGON, *Respondent,*
*v.*
MICHAEL CORRIGAN, *Appellant.*
(No. C44253, CA 9161)
574 P2d 707

Douglas D. Hagen, Portland, argued the cause for
appellant. With him on the brief were Kafoury &
Hagen, Portland.

Jan P. Londahl, Assistant Attorney General,
Salem, argued the cause for respondent. With him on
the brief were James A. Redden, Attorney General,
and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson
and Joseph, Judges.

JOSEPH, J.

**JOSEPH, J.**

This is an appeal from an order declaring respondent to be mentally ill and committing him to the custody of the Mental Health Division under ORS ch 426.

On de novo review, we conclude that there was not sufficient evidence to support a finding beyond a reasonable doubt that at the time of the hearing (*State v. Lucas*, 31 Or App 947, 571 P2d 1275 (1978)) respondent was suffering from a mental disorder which caused him to be dangerous to himself or others or to be unable to provide for his basic personal needs and care within the meaning of ORS 426.005(2) as interpreted in *State v. O'Neill*, 274 Or 59, 545 P2d 97 (1975).

Reversed.